**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
|  | FILED: MAY 21, 2008<br>08CV2947     TC<br>JUDGE HART<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
|  |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
|  |

| STREET ADDRESS |
|---|
|  |

| CITY/STATE/ZIP |
|---|
|  |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  |  |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL          APPOINTED COUNSEL |