IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY W. STEVENSON, | ) | FILED: MAY 21, 2008 |
| | ) | 08CV2947         TC |
| Plaintiff, | ) | JUDGE HART |
| | ) | MAGISTRATE JUDGE VALDEZ |
| v. | ) | |
| | ) | Case No. _____ |
| J. P. MORGAN RETIREMENT PLAN | ) | |
| SERVICES LLC, a Limited Liability | ) | |
| Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF CORPORATE AFFILIATES**

Defendant J. P. Morgan Retirement Plan Services LLC ("RPS"), pursuant to Local Rule 3.2, furnishes the following Notification of Affiliates:

1. RPS is wholly owned by J.P. Morgan Invest Holdings LLC. J.P. Morgan Invest Holdings LLC is wholly owned by JPMorgan Chase & Co.

Respectfully submitted,

J. P. MORGAN RETIREMENT PLAN
SERVICES LLC

By: _____*/s/ Sarah M. Konsky*_____
       One of Its Attorneys

Brian J. Gold
Sarah M. Konsky
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

CH1 4278930v.1