**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEFFREY W. STEVENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 2947 |
| v. ) | |
| ) | Judge William T. Hart |
| J.P. MORGAN RETIREMENT PLAN ) | |
| SERVICES LLC, a Limited Liability ) | Magistrate Judge Maria Valdez |
| Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AGREED MOTION OF DEFENDANT FOR AN EXTENSION OF TIME
TO FILE ITS ANSWER OR OTHER RESPONSIVE PLEADING**

Defendant J.P. Morgan Retirement Plan Services LLC ("RPS"), by its attorneys, respectfully requests that the Court extend the time within which RPS must file its answer or other responsive pleading in the above-captioned case by two weeks. In support of this Motion, RPS states as follows:

1. On May 21, 2008, RPS removed this action, which had been pending in the Circuit Court of Cook County, Illinois, to this Court.

2. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), RPS's answer or other responsive pleading is currently due on May 29, 2008.

3. RPS recently retained Sidley Austin LLP to represent it in this case. RPS's attorneys at Sidley Austin LLP have not had sufficient time to investigate all of the detailed factual allegations raised in the complaint and to prepare RPS's answer or other responsive pleading.

      4.      Counsel for Plaintiff Jeffrey W. Stevenson has indicated to counsel for RPS that he does not object to this proposed two-week extension.

WHEREFORE, Defendant RPS respectfully requests that this Court grant this Agreed Motion and extend the time within which RPS must file its answer or other responsive pleading by two weeks, to and including June 11, 2008.

                      Respectfully submitted,

                      J. P. MORGAN RETIREMENT PLAN SERVICES LLC

                      By:    */s/ Sarah M. Konsky*
                                One of Its Attorneys

Brian J. Gold
Sarah M. Konsky
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

## CERTIFICATE OF SERVICE

Sarah M. Konsky, an attorney, hereby certifies that on May 29, 2008, she electronically filed the attached with the Clerk of Court using the CM/ECP system, which will send notification of such filing to the following counsel for Plaintiff:

Christopher N. Mammel
Adam J. Betzen
Childress Duffy Goldblatt, Ltd.
515 North State Street, Suite 2200
Chicago, Illinois  60610

/s/ Sarah M. Konsky

CH1 4121199v.1