**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jeffrey W. Stevenson
                              Plaintiff,

v.                                                 Case No.: 1:08−cv−02947
                                                                 Honorable William T. Hart

J.P. Morgan Retirement Plan Services LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 2, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing set for 6/4/2008 is stricken. Defendant's motion for extension of time to 6/11/2008 to file its answer or other responsive pleading [9] is granted. Status hearing set for 6/18/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.