**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEFFREY W. STEVENSON, )<br>)<br>　　　Plaintiff, )<br>) Case No. 08 CV 2947<br>　　v. )<br>) Judge William T. Hart<br>J.P. MORGAN RETIREMENT PLAN )<br>SERVICES LLC, a Limited Liability ) Magistrate Judge Maria Valdez<br>Company, )<br>)<br>　　　Defendant. )<br>) | |

**MOTION OF DEFENDANT FOR AN EXTENSION OF TIME
TO FILE ITS ANSWER OR OTHER RESPONSIVE PLEADING**

　　　Defendant J.P. Morgan Retirement Plan Services LLC ("RPS"), by its attorneys, respectfully requests that the Court extend the time within which RPS must file its answer or other responsive pleading in the above-captioned case by five days.  In support of this Motion, RPS states as follows:

　　　1.　　Pursuant to the Court's Order, RPS's answer or other responsive pleading currently is due on June 11, 2008.  *See* Docket No. 11.

　　　2.　　Counsel for RPS has been investigating the detailed factual allegations raised in the complaint and preparing RPS's answer or other responsive pleading.  RPS seeks an additional five days to file its answer or other responsive pleading due to the detailed nature of the complaint and to counsel's other significant work obligations at this time.

　　　3.　　Counsel for RPS attempted to contact counsel for Plaintiff Jeffery W. Stevenson regarding this Motion.  Counsel for RPS did not reach counsel for Plaintiff.

4. This is RPS's second request for an extension of time to file its answer or other responsive pleading in this matter.

WHEREFORE, Defendant RPS respectfully requests that this Court grant this Motion and extend the time within which RPS must file its answer or other responsive pleading by five days, to and including June 16, 2008.

Respectfully submitted,

J. P. MORGAN RETIREMENT PLAN SERVICES LLC

By:      /s/ Sarah M. Konsky
             One of Its Attorneys

Brian J. Gold
Sarah M. Konsky
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

## **CERTIFICATE OF SERVICE**

Sarah M. Konsky, an attorney, hereby certifies that on June 11, 2008, she electronically filed the attached with the Clerk of Court using the CM/ECP system, which will send notification of such filing to the following counsel for Plaintiff:

Christopher N. Mammel
Adam J. Betzen
Childress Duffy Goldblatt, Ltd.
515 North State Street, Suite 2200
Chicago, Illinois  60610

                                                */s/ Sarah M. Konsky*

CH1 4121199v.2