# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JEFFREY W. STEVENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 2947 |
| v. ) | |
| ) | Judge William T. Hart |
| J.P. MORGAN RETIREMENT PLAN ) | |
| SERVICES LLC, a Limited Liability ) | Magistrate Judge Maria Valdez |
| Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF MOTION

To:  Christopher N. Mammel
   Adam J. Betzen
   Childress Duffy Goldblatt, Ltd.
   515 North State Street, Suite 2200
   Chicago, Illinois  60610

PLEASE TAKE NOTICE that on **Wednesday, June 18, 2008, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable Presiding Judge William T. Hart in the courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion of Defendant for an Extension of Time to File its Answer or Other Responsive Pleading**.

                                             J. P. MORGAN RETIREMENT PLAN
                                             SERVICES LLC


                                      By:    */s/ Sarah M. Konsky*
                                                One of Its Attorneys

Brian J. Gold
Sarah M. Konsky
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

## CERTIFICATE OF SERVICE

Sarah M. Konsky, an attorney, hereby certifies that on June 11, 2008, she electronically filed the attached with the Clerk of Court using the CM/ECP system, which will send notification of such filing to the following counsel for Plaintiff:

Christopher N. Mammel
Adam J. Betzen
Childress Duffy Goldblatt, Ltd.
515 North State Street, Suite 2200
Chicago, Illinois  60610

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sarah M. Konsky