**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jeffrey W. Stevenson

                           Plaintiff,

v.                                     Case No.: 1:08−cv−02947
                                              Honorable William T. Hart

J.P. Morgan Retirement Plan Services LLC

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

      MINUTE entry before the Honorable William T. Hart:Defendant's motion for extension of time to 6/16/2008 to file its answer or other responsive pleading [12] is granted. Status hearing previously set for 6/18/2008 at 11:00 a.m. stands.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.